THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.10-cv-02930-JLK

COLORADO CRIMINAL DEFENSE BAR, a Colorado non-profit corporation;
COLORADO CRIMINAL JUSTICE REFORM COALITION, a Colorado non-profit
corporation,

   Plaintiffs,

v.

JOHN W. SUTHERS, in his official capacity as Attorney General of the State of Colorado;
DOUGLAS K. WILSON, in his official capacity as Colorado State Public Defender;
SCOTT STOREY, in his official capacity as District Attorney,
 First Judicial District;
MITCHELL R. MORRISEY, in his official capacity as District Attorney,
 Second Judicial District;
FRANK RUYBALID, in his official capacity as District Attorney,
 Third Judicial District;
DAN MAY, in his official capacity as District Attorney,
 Fourth Judicial District;
MARK HURLBERT, in his official capacity as District Attorney,
 Fifth Judicial District;
TODD RISBERG, in his official capacity as District Attorney,
 Sixth Judicial District;
DANIEL HOTSENPILLER, in his official capacity as District Attorney,
 Seventh Judicial District;
LARRY ABRAHAMSON, in his official capacity as District Attorney,
 Eighth Judicial District;
MARTIN BEESON, in his official capacity as District Attorney,
 Ninth Judicial District;
BILL THIEBAUT, in his official capacity as District Attorney,
 Tenth Judicial District;
THOM LEDOUX, in his official capacity as District Attorney,
 Eleventh Judicial District;
DAVID MAHONEE, in his official capacity as District Attorney,
 Twelfth Judicial District;
ROBERT E. WATSON, in his official capacity as District Attorney,
 Thirteenth Judicial District;

ELIZABETH OLDHAM, in her official capacity as District Attorney,
  Fourteenth Judicial District;
JENNIFER SWANSON, in her official capacity as District Attorney,
  Fifteenth Judicial District;
ROD FOURACRE, in his official capacity as District Attorney,
  Sixteenth Judicial District;
DON QUICK, in his official capacity as District Attorney,
  Seventeenth Judicial District;
CAROL CHAMBERS, in her official capacity as District Attorney,
  Eighteenth Judicial District;
KENNETH R. BUCK, in his official capacity as District Attorney,
  Nineteenth Judicial District;
STANLEY L. GARNETT, in his official capacity as District Attorney,
  Twentieth Judicial District;
PETE HAUTZINGER, in his official capacity as District Attorney,
  Twenty-First Judicial District;
RUSSELL WASLEY, in his official capacity as District Attorney,
  Twenty-Second Judicial District,

       Defendants

---

## ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT BILL THIEBAUT

---

       The Joint Motion for Dismissal With Prejudice of Defendant Bill Thiebaut (doc. #51),

filed July 7, 2011, is **GRANTED**.  Defendant Thiebaut, as well as all claims against Defendant

Thiebaut, are **DISMISSED WITH PREJUDICE** from the above-captioned matter.

       Dated: July 11, 2011

                                          BY THE COURT:


                                          _s/John L. Kane_____
                                          Senior U.S. District Judge

dn-163773