IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

| | |
|---|---|
| Courtroom Deputy: Laura Galera<br>Court Reporter: Tracy Weir | Date: July 28, 2011 |

Civil Action No. 10-cv-02930-JLK

| | |
|---|---|
| COLORADO CRIMINAL DEFENSE BAR, a Colorado non-profit corporation;<br>COLORADO CRIMINAL JUSTICE REFORM COALITION, a Colorado non-profit corporation, | Scott F. Llewellyn<br>Colin Michael O'Brien<br>Ian Kellogg |
| Plaintiffs, | |
| v. | |
| JOHN W. SUTHERS, in his official capacity as Attorney General of the State of Colorado; | Matthew D. Grove<br>Rebecca Jones |
| DOUGLAS K. WILSON, in his official capacity as Colorado State Public Defender; | Jeffrey S. Pagliuca |
| SCOTT STOREY, in his official capacity as District Attorney, First Judicial District; | Stanley L. Garnett<br>Christopher C. Zenisek<br>Lisa K. Michaels |
| MITCHELL R. MORRISEY, in his official capacity as District Attorney, Second Judicial District; | |
| FRANK RUYBALID, in his official capacity as District Attorney, Third Judicial District; | |
| DAN MAY, in his official capacity as District Attorney, Fourth Judicial District; | |
| MARK HURLBERT, in his official capacity as District Attorney, Fifth Judicial District; | |
| TODD RISBERG, in his official capacity as District Attorney, Sixth Judicial District; | |
| DANIEL HOTSENPILLER, in his official capacity as District Attorney, Seventh | |

Judicial District;
LARRY ABRAHAMSON, in his official capacity as District Attorney, Eighth Judicial District;
MARTIN BEESON, in his official capacity as District Attorney, Ninth Judicial District;
THOM LEDOUX, in his official capacity as District Attorney, Eleventh Judicial District;
DAVID MAHONEE, in his official capacity as District Attorney, Twelfth Judicial District;
ROBERT E. WATSON, in his official capacity as District Attorney, Thirteenth Judicial District;
ELIZABETH OLDHAM, in her official capacity as District Attorney, Fourteenth Judicial District;
JENNIFER SWANSON, in her official capacity as District Attorney, Fifteenth Judicial District;
ROD FOURACRE, in his official capacity as District Attorney, Sixteenth Judicial District;
DON QUICK, in his official capacity as District Attorney, Seventeenth Judicial District;
CAROL CHAMBERS, in her official capacity as District Attorney, Eighteenth Judicial District;
KENNETH R. BUCK, in his official capacity as District Attorney, Nineteenth Judicial District;
STANLEY L. GARNETT, in his official capacity as District Attorney, Twentieth Judicial District;
PETE HAUTZINGER, in his official capacity as District Attorney, Twenty-First Judicial District;
RUSSELL WASLEY, in his official capacity as District Attorney, Twenty-Second Judicial District,

      Defendants.

Stanley L. Garnett
Christopher C. Zenisek
Lisa K. Michaels

## COURTROOM MINUTES

Oral Argument on District Attorney Group Defendants' Motion to Dismiss Amended Complaint [Doc. 44] and State Defendants' Motion to Dismiss Amended Complaint [38].

**10:07 a.m.    Court in session.**

Preliminary comments by the Court.

10:08 a.m.    Argument by Mr. Llewellyn.

10:32 a.m.    Argument by Mr. Garnett.

10:47 a.m.    Mr. Grove addresses the court.

10:47 a.m.    Rebuttal argument by Mr. Llewellyn.

10:51 a.m.    Rebuttal argument by Mr. Garnett.

Remarks by the Court.

**ORDERED:**  District Attorney Group Defendants' Motion to Dismiss Amended Complaint [Doc. 44] and State Defendants' Motion to Dismiss Amended Complaint [38] are GRANTED. The Court dismisses the amended complaint but not the civil action.

**ORDERED:**  Plaintiff to file an amended complaint **within 60 days**. Plaintiff to notify the court if additional time is needed to file the amended complaint.

10:56 a.m.    Court in recess.

Hearing concluded.

Time: 00:49