IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-2930-JLK**

**COLORADO CRIMINAL DEFENSE BAR, ET AL.**,

        Plaintiffs,

v.

**JOHN W. SUTHERS, et al.,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

        The Notice of Withdrawal of Counsel (doc. #84) filed September 25, 2012, shall be treated as a motion to withdraw, and as such, is **GRANTED**.  Lisa Kay Michaels is permitted to withdraw as counsel of record for the DA Group Defendants.

Dated:  September 25, 2012.