THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.10-CV-02930-JLK-BNB

COLORADO CRIMINAL DEFENSE BAR, a Colorado non-profit corporation;
COLORADO CRIMINAL JUSTICE REFORM COALITION, a Colorado non-profit corporation,

    Plaintiffs,

v.

JOHN W. SUTHERS, in his official capacity as Attorney General of the State of Colorado, *et al.*

    Defendants.

## NOTICE TO THE COURT REGARDING POSSIBLE LEGISLATIVE SOLUTION

    Plaintiffs respectfully submit this notice to inform the Court of their understanding that legislation is being considered by the Colorado General Assembly that, if passed as expected, would likely moot the issues presented by this case, resulting in Plaintiffs' dismissal of all claims.  Counsel for Plaintiffs has conferred with opposing counsel regarding these issues, and opposing counsel has no objection to this notice.

2

Dated:  January 10, 2013

Respectfully submitted,

/s/ Scott F. Llewellyn
─────────────────────────────
Scott F. Llewellyn (Reg. No. 34821)
Ian Kellogg (Reg. No. 40247)
Colin M. O'Brien (Reg. No. 41402)
Morrison & Foerster LLP
5200 Republic Plaza
370 Seventeenth Street
Denver, Colorado  80202-5638
Telephone:  303.592.1500
Facsimile:   303.592.1510
Email:  sllewellyn@mofo.com
           ikellogg@mofo.com
           cobrien@mofo.com

Kathryn A. Reilly
Husch Blackwell LLP
1050 17th Street, Suite 1500
Denver, CO 80265
Telephone:  303.685.4800
Facsimile: 303.685.4869
Email:  kathryn.reilly@huschblackwell.com

Attorneys for Plaintiffs

2

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2013, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Matthew David Grove | matthew.grove@state.co.us |
| Rebecca Adams Jones | rebecca.jones@state.co.us |
| Henry Richard Reeve | hrr@denverda.org |
| L. Andrew Cooper | acooper@da18.state.co.us |
| Stanley L. Garnett | sgarnett@bouldercounty.org |
| Lisa Kay Michaels | lmichaels@bouldercounty.org |
| John M. Barth | barthlaw@aol.com |
| Jeffrey S. Pagliuca | jpagliuca@hmflaw.com |
| Cleo J. Rauchway | crauchway@hmflaw.com |
| Karen Lorenz | klorenz@bouldercounty.org |
| Kathryn A. Reilly | kathryn.reilly@huschblackwell.com |

s/ Kelly Vieyra
Kelly Vieyra