THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.10-CV-02930-JLK-BNB

COLORADO CRIMINAL DEFENSE BAR, a Colorado non-profit corporation;
COLORADO CRIMINAL JUSTICE REFORM COALITION, a Colorado non-profit corporation,

    Plaintiffs,

v.

JOHN W. SUTHERS, in his official capacity as Attorney General of the State of Colorado, *et al*.

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE OF
## ALL CLAIMS AGAINST DOUGLAS K. WILSON

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Colorado Criminal Defense Bar and Colorado Criminal Justice Reform Coalition (collectively, "Plaintiffs") and Defendant Douglas K. Wilson, the sole remaining defendant in this action, hereby stipulate to Plaintiffs' voluntarily dismissal with prejudice of their claims against Defendant Wilson in this action.

WHEREFORE, Plaintiffs and Defendant Wilson file this stipulation dismissing with prejudice Plaintiffs' claims against Defendant Douglas K. Wilson.

Dated: May 30, 2013

Respectfully submitted,                                    Respectfully submitted,

/s/ Scott F. Llewellyn                                     /s/ Jeffrey S. Pagliuca

    Scott F. Llewellyn (Reg. No. 34821)    Jeffrey S. Pagliuca
    Ian Kellogg (Reg. No. 40247)    Haddon, Morgan and Foreman, P.C.
    Colin M. O'Brien (Reg. No. 41402)    150 East 10th Avenue
    Morrison & Foerster LLP    Denver, Colorado 80203
    5200 Republic Plaza    Telephone: 303.831.7364
    370 Seventeenth Street    Facsimile: 303.832.2628
    Denver, Colorado 80202-5638    Email: crauchway@hmflaw.com
    Telephone: 303.592.1500          jpagliuca@hmflaw.com
    Facsimile: 303.592.1510
    Email: sllewellyn@mofo.com    Attorneys for Defendant Wilson
          cobrien@mofo.com

/s/ Kathryn A. Reilly

    Kathryn A. Reilly
    HUSCH Blackwell
    1700 Lincoln Street
    Suite 4700
    Denver, CO 80203
    Telephone: 303.749.7200
    Facsimile: 303.749.7272
    E-mail: kathryn.reilly@huschblackwell.com

    Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2013, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Matthew David Grove | matthew.grove@state.co.us |
| Rebecca Adams Jones | rebecca.jones@state.co.us |
| Henry Richard Reeve | hrr@denverda.org |
| L. Andrew Cooper | acooper@da18.state.co.us |
| Stanley L. Garnett | sgarnett@bouldercounty.org |
| Karen Elizabeth Lorenz | boulder.da@bouldercounty.org |
| John M. Barth | barthlaw@aol.com |
| Jeffrey S Pagliuca | jpagliuca@hmflaw.com |
| Cleo J. Rauchway | crauchway@hmflaw.com |
| Kathryn A. Reilly | kathryn.reilly@huschblackwell.com |

s/ Scott F. Llewellyn
Scott F. Llewellyn
Morrison & Foerster LLP
5200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
Telephone: 303.592.1500
Facsimile: 303.592.1510
Email: SLlewellyn@mofo.com